IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARY C. EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | Case No. 08-1106-WEB-KMH |
| ) | |
| ORION ETHANOL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff and, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, notifies the Court that this action should be dismissed without prejudice. None of the adverse parties have filed an answer or motion for summary judgment, and voluntary dismissal is appropriate.

Respectfully Submitted,

s/ Michael J. Norton
Michael J. Norton, SC #18732
Foulston Siefkin LLP
1551 North Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Phone: 316.267.6371
Fax: 316.267.6345
mnorton@foulston.com
ATTORNEYS FOR PLAINTIFF GARY C. EVANS